B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>HMP Services Holding Sub III, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): Charrette LLC and Charrette | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>61-1413196 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>15 Keith Hill Road, Suite 100<br>Grafton, MA      ZIP CODE 01519-0000 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Worcester | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br>―――――――――<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors<br>Check one box: |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>―――――――――<br>**Check all applicable boxes:**<br>☒ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Debts

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): HMP Services Holding Sub III, LLC | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: - HMP Services Holding, Inc. | Case Number: Chapter 11 case filed concurrently with this case | Date Filed: November 8, 2010 |
| District: Delaware | Relationship: Parent | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br> X _____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

   ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

   ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition  (This page must be completed and filed in every case) | Name of Debtor(s): HMP Services Holding Sub III, LLC |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. (If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.  [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).  I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.  X _____ Signature of Debtor  X _____ Signature of Joint Debtor  _____ Telephone Number (If not represented by attorney)  _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.  (Check only one box.)  ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.  ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.  X _____ (Signature of Foreign Representative)  _____ (Printed Name of Foreign Representative)  _____ Date |
| **Signature of Attorney\***  X _/s/ Mark Minuti_  Signature of Attorney for Debtor(s)  Mark Minuti, Esquire (Bar No. 2659)  Printed Name of Attorney for Debtor(s)  Saul Ewing LLP  Firm Name  222 Delaware Avenue, Suite 1200  Wilmington, DE 19899  Address  (302) 421-6840  Telephone Number  November 8, 2010  Date  \*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**  I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.  _____ Printed Name and title, if any, of Bankruptcy Petition Preparer  Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)  _____ Address  X _____  _____ Date  Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.  Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual  If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**  I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.  X _/s/ Paul F. Schmidt, Jr._  Signature of Authorized Individual  Paul F. Schmidt, Jr., Chairman of the Board of HMP Services Holding, Inc., Manager of HMP Services Holding Sub III, LLC  Printed Name of Authorized Individual  November 8, 2010  Date | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| HMP SERVICES HOLDING SUB III, LLC,[1] ) | Case No. 10-____ |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| HMP SERVICES HOLDING, INC., ) | Case No. 10-____ |
| ) | |
| Debtor. ) | (Joint Administration Requested) |
| ) | |

## CONSOLIDATED LIST OF TWENTY CREDITORS
## HOLDING LARGEST UNSECURED CLAIMS

Set forth below is a list of creditors holding the twenty (20) largest unsecured claims against HMP Services Holding Sub III, LLC and HMP Services Holding, Inc. (together, the "Debtors") as of November 8, 2010. The list has been prepared from the books and records of the Debtors.

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. Inclusion of a claim on the attached consolidated list is not an admission that the amounts listed are undisputed, fixed and liquidated nor an admission that the amounts are owed by more than one of the Debtors.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: (i) HMP Services Holding Sub III, LLC f/k/a Charrette LLC (3196) and (ii) HMP Services Holding, Inc. f/k/a Harold M. Pitman Company (0980). HMP Services Holding Sub III, LLC is a Delaware limited liability company.

599628.1 11/8/10

| Name of creditor and complete mailing address including zip code | Nature of claim [trade debt, bank loan, government contract, etc.] | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| ORIX Finance Corp.<br>1717 Main Street<br>Suite 1100<br>Dallas, TX 75201 | Loan | Unliquidated | Unliquidated |
| Stephen Raboin<br>55 Houghtons Mill Road<br>Lunenburg, MA 01462 | Employee Claim | | $795,384.96 |
| Eugene I. Davis, as Litigation Trustee for Quebecor<br>c/o ASK Financial LLP<br>Joseph L. Steinfeld, Jr., Esq.<br>2600 Eagan Woods Drive<br>Suite 400<br>St. Paul, MN 55121 | Litigation Claim | Disputed | $668,036.10 |
| Louis Tangredi<br>6 Clements Drive<br>Troy, NY 12180 | Employee Claim | Disputed | $584,625.00 |
| Ruthven Business Park II, LLC<br>P.O. Box 2420<br>Lakeland, FL 33806-2420 | Trade Claim | | $408,552.75 |
| L5000 LLC<br>Lowe Enterprises Colorado<br>1515 Arapahoe Street, Suite 900<br>Denver, CO 80202<br>Attn: Mr. Robert Thompson | Trade Claim | | $325,000.00 |
| Richard M. Fuselier<br>3298 W. Sierra Drive<br>Westlake Village, CA 91362 | Employee Claim | | $322,280.00 |
| John Eichner<br>17 Brook Avenue<br>Montvale, NJ 07645 | Employee Claim | Disputed | $216,870.99 |
| ProLogis-North Carolina LP<br>2217-C Distribution Center Drive<br>Charlotte, NC 28269 | Trade Claim | Disputed | $198,935.11 |
| Thomas Alba<br>621 Peck Road<br>Downingtown, PA 19335 | Trade Claim | | $173,780.00 |
| Dwight Collier<br>1702 Bruckner Court<br>Snellville, GA 30078 | Trade Claim | | $171,712.00 |
| Sam S. Leslie, Chapter 7 Trustee<br>Insync Marketing Solutions, LLC<br>3435 Wilshire Blvd., Suite 990<br>Los Angeles, CA 90010 | Preference Claim | Disputed | $171,000.00 |

2

599628.1 11/8/10

| Name of creditor and complete mailing address including zip code | Nature of claim [trade debt, bank loan, government contract, etc.] | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| David Wilkens<br>35 Waterside Drive<br>Cartersville, GA 30121 | Employee Claim | | $148,133.00 |
| Willis of New York<br>P. O. Box 4557<br>New York, NY 10249 | Trade Claim | | $144,771.00 |
| Anthony Gilski<br>778 Thompsons Way<br>Inverness, IL 60067 | Employee Claim | | $136,008.00 |
| Richard Mathauser<br>1941 Pepper Drive<br>Altadena, CA 91001 | Employee Claim | | $134,502.00 |
| 753 Springdale Drive Associates, LP<br>c/o Robert Kagan<br>CDK Partners, Inc.<br>114 Forrest Avenue<br>Narberth, PA 19072 | Trade Claim | Disputed | $134,335.00 |
| Peter Moore<br>1400 East Woodbank Way<br>Westchester, PA 19380 | Employee Claim | Disputed | $813,000.00 |
| Rex Bush<br>2610 Freeland Drive<br>Valrico, FL 33594 | Employee Claim | | $133,677.00 |
| Kevin McCarthy<br>188 Prospect Avenue<br>Middletown, RI 02842 | Employee Claim | | $109,271.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF DEBTORS

I, Paul F. Schmidt, Jr., Chairman of the Board of HMP Services Holding, Inc., declare under penalty of perjury that I have read the Consolidated List of Creditors Holding the 20 Largest Unsecured Claims submitted herewith and that it is true and correct to the best of my information and belief.

Dated: November 8, 2010

HMP SERVICES HOLDING SUB III, LLC

By: HPM Services Holding, Inc.,
its Manager

By: *Paul F. Schmidt Jr.*
Name: Paul F. Schmidt, Jr.
Title: Chairman of the Board


HMP SERVICES HOLDING, INC.

By: *Paul F. Schmidt Jr.*
Name: Paul F. Schmidt, Jr.
Title: Chairman of the Board

# 1784130

4

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HMP SERVICES HOLDING SUB III, LLC,[1]<br><br>Debtor. | ) Chapter 11<br>)<br>)<br>) Case No. 10-<br>)<br>)<br>) |
| In re:<br><br>HMP SERVICES HOLDING, INC.,<br><br>Debtor. | ) Chapter 11<br>)<br>)<br>) Case No. 10-<br>)<br>) (Joint Administration Requested)<br>) |

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rules 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, HMP Services Holding Sub III, LLC (the "<u>Debtor</u>") hereby states that each of the following persons or entities directly or indirectly own 10% or more of the equity interests of the Debtor:

| Name and Address | Ownership Percentage |
|---|---|
| HMP Services Holding Sub II, LLC<br>124 Washington Street<br>Suite 101<br>Foxboro, MA  02035 | 100% |

The following is a list of any corporation whose securities are publicly traded in which the Debtor directly or indirectly owns 10% or more of any class of the corporation's equity interests, and any general or limited partnership or joint venture in which the Debtor owns an interest:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: (i) HMP Services Holding Sub III, LLC f/k/a Charrette LLC (3196) and (ii) HMP Services Holding, Inc. f/k/a Harold M. Pitman Company (0980). HMP Services Holding Sub III, LLC is a Delaware limited liability company.

599629.1 11/8/10

| Name and Address | Ownership Percentage |
|---|---|
| None | N/A |

## DECLARATION REGARDING CORPORATE OWNERSHIP STATEMENT

I, Paul F. Schmidt, Jr., Chairman of the Board of HMP Services Holding, Inc., a corporation organized under the laws of the State of Illinois, declare under penalty of perjury under the laws of the United States of America, that I have read the foregoing Corporate Ownership Statement and that it is true and correct to the best of my information and belief.

Dated: November 8, 2010

        HMP SERVICES HOLDING SUB III, LLC

        By: HPM Services Holding, Inc.,
            its Manager

        By: /s/ Paul F. Schmidt Jr.
        Name: Paul F. Schmidt, Jr.
        Title: Chairman of the Board

# 1784337

# United States Bankruptcy Court
## District of Delaware

In re  HMP Services Holding Sub III, LLC
Debtor(s)

Case No. _____
Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| HMP SERVICES HOLDING SUB II, LLC | | | 100% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Paul F. Schmidt, Jr., declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

HMP SERVICES HOLDING SUB III, LLC

By: HPM Services Holding, Inc.,
    its Manager

By: /s/ Paul F. Schmidt Jr.
Name: Paul F. Schmidt, Jr.
Title: Chairman of the Board

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.