# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| HMP SERVICES HOLDING SUB III, LLC,[1] ) | Case No. 10-13618 (BLS) |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| HMP SERVICES HOLDING, INC., ) | Case No. 10-13619 (BLS) |
| ) | |
| Debtor. ) | (Joint Administration Requested) |
| ) | **Related to Docket No. 15** |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED AND NOTICE OF FIRST-DAY HEARING ON NOVEMBER 10, 2010 AT 1:00 P.M. BEFORE THE HONORABLE BRENDAN L. SHANNON, U.S. BANKRUPTCY JUDGE

**This Agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below.**

1. Voluntary Petitions

    a. HMP Services Holding Sub III

    b. HMP Services Holding, Inc.

    Status: Listed for information purposes only.

2. Affidavit of John G. Haggerty in Support of First Day Pleadings [Filed: 11/08/10; Docket No. 3]

    Status: The Affidavit will be relied upon as evidentiary support for the motions listed below.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: (i) HMP Services Holding Sub III, LLC f/k/a Charrette LLC (3196) and (ii) HMP Services Holding, Inc. f/k/a Harold M. Pitman Company (0980). HMP Services Holding Sub III, LLC is a Delaware limited liability company.

[2] **All Amended Agenda items appear in bold.**

## Administrative Matters

3. Motion of Debtors for Order Authorizing Joint Administration of Their Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015(b) and Local Rule 1015-1 [Filed: 11/08/10; Docket No. 4]

   Status: This matter will be going forward.

4. Motion of Debtors for an Order Authorizing the Debtors to (I) File a Consolidated List of Creditors; (II) File a Consolidated List of Debtors' Twenty Creditors Holding Largest Unsecured Claims; and (III) Mail Initial Notices [Filed: 11/08/10; Docket No. 5]

   Status: This matter will be going forward.

5. Motion of the Debtors for Entry of Order Authorizing Debtors to (A) Maintain Existing Bank Accounts and Continue Use of Cash Management System, (B) Continue Use of Existing Business Forms and (C) Open New Debtor in Possession Accounts [Filed: 11/08/10; Docket No. 6]

   Status: This matter will be going forward.

6. Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 and Federal Rule of Bankruptcy Procedure 4001 for Entry of a Stipulation and Interim and Final Orders (I) Authorizing Debtors' Use of Disputed Cash Collateral; (II) Granting Adequate Protection; (III) Granting Related Relief; and (IV) Scheduling a Final Hearing on the Motion [Filed: 11/08/10; Docket No. 7]

   **Status: This matter will be going forward.**

## Professional Retention Related Motions and Applications

7. Application of the Debtors for an Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date [Filed: 11/08/10; Docket No. 8]

   Status: This matter will be served out on notice to be heard at a date and time to be determined. This matter will not be going forward.

8. Application of the Debtors for an Order Authorizing the Employment and Retention of Saul Ewing LLP as Co-Counsel to the *Nunc Pro Tunc* to the Petition Date [Filed: 11/08/10; Docket No. 9]

   Status: This matter will be served out on notice to be heard at a date and time to be determined. This matter will not be going forward.

599653.1 11/9/10

9. Motion of Debtors for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members [Filed: 11/08/10; Docket No. 10]

Status: This matter will be served out on notice to be heard at a date and time to be determined. This matter will not be going forward.

## Other Matters

10. Debtors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [Filed: 11/09/10; Docket No. 11]

Status: This matter will not be going forward.

11. Disclosure Statement in Support of the Debtors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [Filed: 11/08/10; Docket No. 12]

Status: This matter will be served out on notice to be heard at a date and time to be determined. This matter will not be going forward.

Dated: November 9, 2010

BROWN RUDNICK LLP
William R. Baldiga, Esq.
Lisa M. Kresge, Esq.
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

and

SAUL EWING LLP

_/s/_

Mark Minuti (DE Bar No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873

and

MaryJo Bellew (DE Bar No. 4519)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7144
Facsimile: (215) 972-2292

*Proposed Co-Counsel to the Debtors and the Debtors-in-Possession*