# SIGN-IN SHEET

**CASE NAME:** HMP SERVICES HOLDING SUB.  **COURTROOM NO.:** 1 / JUDGE SHANNON
**CASE NO.:** 10-13618  **DATE:** NOVEMBER 10, 2010

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Kenney | U.S. Trustee | U.S. Trustee |
| Mark Minuti | Saul Ewing LLP | Debtors |
| William Baldiga | Brown Rudnick LLP | " |
| Joon Hong | Richards Layton & Finger LLP | ORIX Finance Corp |
| Stephen Miller | Morris James LLP | " " |