# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HMP SERVICES HOLDING SUB III, LLC,[1]<br><br>　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 10-13618 (BLS)<br>)<br>) (Jointly Administered)<br>) Related to Docket Nos. 8, 9, 10 and 24<br>) Hearing Date: December 1, 2010 at 11:00 a.m.<br>) Obj. Deadline: November 24, 2010 @ 4:00 p.m. |

## NOTICE OF MOTIONS AND HEARING DATE

TO:　(i) the Office of the United States Trustee; (ii) those creditors listed on the Debtors' consolidated List of Creditors Holding the 20 Largest Unsecured Claims; (iii) the Office of the United States Attorney for the District of Delaware; (iv) the Internal Revenue Service; (v) counsel to ORIX; and, (vi) parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on November 8, 2010 and November 9, 2010, the above-referenced Debtors filed each of the following applications and motions (each a "Motion" and collectively, the "Motions") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"):

1. **Application of the Debtors for an Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date** [Docket No. 8];

2. **Application of the Debtors for an Order Authorizing the Employment and Retention of Saul Ewing LLP as Co-Counsel to the *Nunc Pro Tunc* to the Petition Date** [Docket No. 9];

3. **Motion of Debtors for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members** [Docket No. 10]; and

4. **Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for (1) Authority to Retain Argus Management Corporation to Provide Restructuring Services to the Debtors and Designating John G. Haggerty as Chief Restructuring Officer and Peter Sullivan as**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: (i) HMP Services Holding Sub III, LLC f/k/a Charrette LLC (3196) and (ii) HMP Services Holding, Inc. f/k/a Harold M. Pitman Company (0980). HMP Services Holding Sub III, LLC is a Delaware limited liability company.

599707.1 11/10/10

**Assistant Restructuring Officer,** *Nunc Pro Tunc* **to the Petition Date and (2) Approval of Appointment of Such Officers** [Docket No. 24].

**PLEASE TAKE FURTHER NOTICE** that a Hearing on the Motions shall be held on **December 1, 2010 at 11:00 a.m. (Eastern Time)**, before the Honorable Brendan L. Shannon, United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 6th Floor, Courtroom #1, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to any of the Motions must be in writing, filed with the United States Bankruptcy Court Clerk for the District of Delaware and served upon the undersigned proposed counsel for the Debtors **on or before 4:00 p.m. (Eastern Time) on November 24, 2010.**

IF NO OBJECTION OR RESPONSE TO THE MOTIONS ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.

599707.1 11/10/10

Dated: November 10, 2010

        BROWN RUDNICK LLP
        William R. Baldiga, Esq.
        Lisa M. Kresge, Esq.
        One Financial Center
        Boston, MA 02111
        Telephone: (617) 856-8200
        Facsimile: (617) 856-8201

        and

        SAUL EWING LLP

        */s/ Mark Minuti*
        Mark Minuti (DE Bar No. 2659)
        222 Delaware Avenue, Suite 1200
        P.O. Box 1266
        Wilmington, DE 19899
        Telephone: (302) 421-6840
        Facsimile: (302) 421-5873

        and

        MaryJo Bellew(DE Bar No. 4519)
        Centre Square West
        1500 Market Street, 38th Floor
        Philadelphia, PA 19102
        Telephone: (215) 972-7144
        Facsimile: (215) 972-2292

        *Proposed Co-Counsel to the Debtors and the*
        *Debtors-in-Possession*